ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Monday, December 12, 2022 12:55:29 PM
CASE NUMBER: 2022 CV 05545 Docket ID: 931606443
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

## IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY
### CIVIL - NEW COMPLAINT

KEVIN E, WRIGHT

1921, SOUTH GETTYSBURG AVE

DAYTON OH - 45417

Plaintiff

Case No. _____

Judge _____

U-A, POLICE DEPT
"AND"
Miami VALLEY HOUSING, OPPORTUNITIES

Pleading _____

Defendant

**What do you want from the Court?**

A-"JURY TRIAL" + Audio & Video
Recording FROM - U-A POLICE DEPT
FROM MAY 25TH-2022-SUBPOENA "N/86"
"SEE" ATTACTED, PAPER
WORK, WITH ALL, INFORMATION

**What do you want to happen?**

MANDATORY CONTACT INFORMATION:

Name KEVIN WRIGHT
Address 1921, SOUTH, GETTYSBURG AVE
Address DAYTON OH, 45417
Phone Number (937) 715-8116
Email Address (937) 204-8323

EXHIBIT A

\

V-A  Police

4100   w. Third  St.

 Dayton Oh. 45428

Phone 937.268. 6511


 Miami Valley   Housing  Opportunities

 907  W   fifth st    suite  300

Dayton, Ohio 45428

Phone: 937.263.4449


 Attorney  for    Miami Valley  Housing  Opportunities

Lasky &  Schararer

3461 Office  park Dr

Kettering , Ohio 45439

 Phone  9372.686.511

October  17,2022


Your  Honor,

 I'm  writing  This  Letter:  To obtain  a  court appointed attorney  To represent  me in  the  matter of the.
V-A  Police with  Miami  Valley Opportunities   Illegally.   Entering. My apartment  illegally on  May 25 200
To obtain a.  subpoena  to have the   V-A  Police for the release of. Video and and Audio on  May 25 2022
And  for the.  Court  to Jury. Trial as well


On May  25th  2022,  the V-A  Police  department   with   Miami Valley Housing Opportunities entered
My Apartment   with a  pass key   looking   for someone in  my apartment  who was supposed   to be
trespassing but was not   not   trespassing  under the law Thee  Violated My Rights   Under the  Law.

 I cannot afford. one  since. I'm 'm on  a  fixed  Income and Indigent.  Also  I ask  the  court  to Grant
me a  Jury trial  as  well  as  well .    Finally  I ask  for  a   subpoena for the  Audio and  Video from the  V-
A  Police  Department So as  you  can see ,  for yourself j with your  own  eyes,  what  happened  really
took  place,.  The Va Police   Dept  even wrote  a ticket   on my  guest  on  May  25th 2022.

I'm  therefore  filing a  law suit  against the  the  VA Police  and   Miami valley  Housing Opportunities
for violating  my   Rights   under  the  Law .  Enclosed are the Phone  numbers  for  Mvho  V-A  Police
and the.  Attorney. Representing  Miami  Valley  Housing  Opportunities


 Kevin Wright

 937 7158116

 1921  South  Gettysburg  Ave

 Dayton ,  Ohio 45417

(937) 204-8323

THIS IS THE CITATION, THE-"U-A" police DEPT, WROTE ON MAY-25TH 2022 on MY GUESS, WHO WAS NOT TRESPASSING

**VA Department of Veterans Affairs** | **COURTESY VIOLATION NOTICE**

VIOLATION

☐ POSTED AREA ☐ RESERVED SPACE ☐ OVERTIME ☐ SPACE BLOCKING ENTRANCE OR EXIT

☐ PERMIT NOT VISIBLE ☒ OTHER (Specify) Trespassing

| LOCATION | DATE |
|---|---|
| Rm 212 Bldg 412 | 05-25-2022 |

| TIME | ISSUING OFFICER | DECAL NUMBER |
|---|---|---|
| 1344 | | |

| VEHICLE (Make, model, & style) | COLOR | LICENSE NUMBER & STATE |
|---|---|---|
| | | |

| OPERATOR'S PERMIT NUMBER | NAME |
|---|---|
| 298-fd-8834 | Bozeman, Kenya L |

| ADDRESS | CITY AND STATE (Including ZIP Code) |
|---|---|
| 3552 Dorllen PL | Dayton OH 45406 |

THIS IS NOT A SUMMONS, however you are in violation of posted rules and regulations governing VA property, and this offense is punishable under the law. Your future cooperation in obeying regulations and sign is solicited. This courtesy violation notice is issued in lieu of a U.S. Court violation notice.

FORM CT 1992 6160 | COPY FOR VEHICLE OR OFFENDER