# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN E. WRIGHT, | : | Case No. 3:23-cv-00011 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | Magistrate Judge Peter B. Silvain, Jr. |
| VA POLICE DEPARTMENT, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Defendant's Unopposed Amended Motion for Extension to Time to Answer, Move, or Plead to Plaintiff's Complaint. (Doc. #4). For good cause shown, the Motion (Doc. #4) is **GRANTED**.

**IT IS SO ORDERED.**

Date: <u>January 19, 2023</u>           *s/Peter B. Silvain, Jr.*
                                        Peter B. Silvain, Jr.
                                        United States Magistrate Judge