UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KEVIN E. WRIGHT, | : | Case No. 3:23-cv-11 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| VA POLICE DEPARTMENT, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This action was initially brought by *pro se* Plaintiff Kevin E. Wright in the Montgomery County Common Pleas Court on December 12, 2022. *See* (Doc. #3). Defendant VA Police Department filed Notice of Removal on January 11, 2023. (Doc. #1). Although Defendant VA Police Department filed a copy of Plaintiff's Complaint (Doc. #3), Defendant VA Police Department did not file a complete copy of the state court record, including "a copy of all process, pleadings, and orders served upon such defendant or defendants in such action," pursuant to 28 U.S.C. § 1446(a). Defendant VA Police Department shall file all documents set forth in 28 U.S.C. § 1446(a) by **February 14, 2023**.

While Defendant VA Police Department has served Plaintiff with its Notice of Removal and subsequent motions for extension of time, Defendant VA Police Department has not served any filings on Defendant Miami Valley Housing Opportunities. *See* Fed. R. Civ. P. 5(a)(1); (Doc. #1, *PageID* #2); (Doc. #4, *PageID* #19). Accordingly, Defendant VA Police Department shall serve Defendant Miami Valley Housing Opportunities with a copy of all filings in this case

by **February 14, 2023**.  Defendant VA Police Department shall file a notice of compliance with this Order by **February 15, 2023.**

    **IT IS SO ORDERED.**

January 30, 2023                                         *s/Peter B. Silvain, Jr.*
                                                                       Peter B. Silvain, Jr.
                                                                       United States Magistrate Judge