**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| KEVIN E. WRIGHT, | : | Case No: 3:23-cv-11 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| VA POLICE DEPARTMENT, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on Plaintiff's two motions where he requests that the Court appoint a mediator to this case. (Doc. #s 20, 21).  In response, Defendant Miami Valley Housing Opportunities has indicated that it does not oppose these motions. (Doc. #24). However, Defendant United States Department of Veterans Affairs has responded and indicated that they do not believe mediation would be productive at this time. (Doc. #23). Due to this lack of consensus and the fact that this case is still in the early stages of litigation, the undersigned finds that a referral to mediation is not appropriate at this time.  However, if the parties subsequently reach a unanimous agreement that mediation would be appropriate, then they may file a joint motion requesting that this matter be referred to mediation. Accordingly, Plaintiff's motions (Doc. #s 20, 21) are **DENIED WITHOUT PREJUDICE**.

August 24, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge