**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| KEVIN E. WRIGHT, | : | Case No. 3:23-cv-11 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| VA POLICE DEPARTMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

A status teleconference is set for **January 29, 2024** at **10:30 a.m.** before United States Magistrate Judge Peter B. Silvain, Jr.

Teleconference Instructions: Please call 888-363-4735. The access code is 6287286. The security code is 123456. If you have any questions, please call Chambers at 937-512-1620.

**IT IS SO ORDERED.**

January 17, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge