# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Kevin E. Wright ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:23-cv-11 |
| VA Police Department et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Document 36
.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Summary judgment.

Date: 5/13/2024

CLERK OF COURT

Anne Wamsley

Signature of Clerk or Deputy Clerk